

1  BENJAMIN B. WAGNER
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | CASE NO.1:13CR0004 LJO-SKO |
| Plaintiff, | |
| v. | ORDER TO UNSEAL INDICTMENT |
| AMERICA ALEJANDRA QUINTANA, | |
| Defendant. | |

This Indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed as to AMERICA ALEJANDRA QUINTANA, and be made public record.

DATED: 1/8/13

BARBARA A. McAULIFFE
U.S. Magistrate Judge