BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:13-CR-0004-LJO |
| Plaintiff, | JOINT STIPULATION TO CONTINUE SUPPRESSION HEARING; AND ORDER |
| v. | |
| AMERICA ALEJANDRA QUINTANA, | |
| Defendant. | |

　　　IT IS HEREBY STIPULATED by and between the parties and through their respective attorneys of record that the suppression hearing in the above-captioned matter now scheduled for July 22, 2013, at 10:00 a.m. may be rescheduled to July 29, 2013 at10:30 a.m.

　　　This continuance is at the request of the parties to ensure availability of necessary witnesses.

　　　The parties agree that the delay resulting from the continuance shall be excluded because the ends of justice served in granting such a continuance outweigh the best interests of the public and defendant in a speedy trial.

///

///

///

1

1     IT IS SO STIPULATED.

2

3 DATED: July 16, 2013          /s/ Melanie L. Alsworth
                                          MELANIE L. ALSWORTH
4                                           Assistant United States Attorney

5

6 DATED: July 16, 2013          /s/ Charles Lee
                                          CHARLES LEE
7                                           Attorney for Defendant

8 DATED: July 16, 2013          /s/ Janet Bateman
                                          JANET BATEMAN
9                                           Attorney for Defendant

10

11                                           Attorneys for Defendant America Alejandra Quintana

12

13                                     <u>ORDER</u>

14

15     IT IS SO ORDERED this 16th day of July, 2013.

16

17                                          /s/ Lawrence J. O'Neill
                                          HONORABLE LAWRENCE J. O'NEILL
18                                           UNITED STATES DISTRICT COURT JUDGE

19

20

21

22

23

24

25

26

27

28